

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00196-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.S., A CHILD | § | On Appeal from the 233rd District Court |
| | § | of Tarrant County (233-518703-12) |
| | § | April 20, 2023 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant G.S. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach